IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| SOUTHWEST GEORGIA ETHANOL, LLC, dba : | |
| Southwest Georgia Ethanol, LLC, a FUEL : | |
| Company, : | |
| : | CASE NO. 11-10145-JDW |
| Debtor. : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE DEBTOR, ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:

PEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code Sections 102(1) and 342, James C. Frenzel, P.C. hereby gives notice of the appearance of Co-Counsel on behalf of the Committee (the "Committee") of Unsecured Creditors of the Debtor, Southwest Georgia Ethanol, LLC, dba Southwest Georgia Ethanol, LLC, a FUEL Company, Debtor (the "Debtor") in the above-styled chapter 11 case (the "Proceeding"), and requests that all notices given or required to be given in the above-referenced Proceeding (including, without limitation, all papers filed and served and all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors who file with the court their request that all notices be mailed to them) be given to and served upon the Committee upon their Co-Counsel at the following addresses:

| | |
|---|---|
| James C. Frenzel, Esq. | Fife M. Whiteside, Esq. |
| James C. Frenzel, P.C. | Fife M. Whiteside, PC |
| Atlanta Financial Center | 1124 Lockwood Ave. |
| 3343 Peachtree Rd., NE | P.O. Box 5383 |
| Suite 155, East Tower | Columbus, GA 31906 |
| Atlanta, Georgia 30326 | whitesidef@mindspring.com |
| jcf-bklaw@mindspring.com | |

Notice is further given that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise that affect the above-captioned Debtor or the property of the Debtor or the estate of the Debtor.

Please take further notice that this Request for Notices shall not be deemed or construed to be a waiver of any substantive or procedural right of the Committee or any member of the Committee.

Respectively submitted this the 17th day of February, 2011.

/s/James C. Frenzel
James C. Frenzel
Georgia Bar No. 276830
Co-Counsel for the Committee of Unsecured Creditors of Southwest Georgia Ethanol, LLC, Debtor

Of Counsel:
James C. Frenzel, P.C.
Suite 155, East Tower
Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel: (404) 266-9961
Fax: (404) 442-2780
jcf-bklaw@mindspring.com